UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ X
KENNETH M. LIPMAN, on Behalf of :
Himself and a Class of Persons Similarly :
Situated, :
 :
 :
                        Plaintiff, :
     v. :
 :
 :     Civil Action No.: 3:10-cv-00006 (RNC)
TEREX       CORPORATION;      THE :
ADMINISTRATIVE    COMMITTEE    OF :
THE   TEREX   CORPORATION   AND :
AFFILIATES'   401(K)   RETIREMENT :
SAVINGS PLAN; PHILLIP C. WIDMAN; :
JOHN   DOES   1-10;   THE   BOARD   OF :
DIRECTORS OF TEREX CORPORATION :
and RONALD DEFEO, :     February 16, 2010
 :
                        Defendants. :
_____ X

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Patrick Slyne, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorney Edwin J. Mills to represent the Plaintiff in the above-captioned action. In support of this motion, the Affidavit of Attorney Mills is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers upon Edwin J. Mills can be made care of Patrick Slyne, Esq., 133 North Street, Greenwich, CT 06830.

Dated: February 16, 2010

**PLAINTIFF**

By: _____
Patrick Slyne (#19975)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Attorneys for Plaintiff*

## CERTIFICATION

I hereby certify that on February 16, 2010, a copy of the foregoing was sent, via first class U.S. mail, postage prepaid, to:

William G. McGuinness
David B. Hennes
Adam R. Adler
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004

Brian E. Moran
ROBINSON & COLE LLP
1055 Washington Boulevard
Stamford, CT 06901-2249

Patrick Slyne

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ X
KENNETH M. LIPMAN, on Behalf of :
Himself and a Class of Persons Similarly :
Situated, :
 :
                Plaintiff, :
   v. :
 : Civil Action No.: 3:10-cv-00006 (RNC)
TEREX CORPORATION; THE :
ADMINISTRATIVE COMMITTEE OF :
THE TEREX CORPORATION AND :
AFFILIATES' 401(K) RETIREMENT :
SAVINGS PLAN; PHILLIP C. WIDMAN; :
JOHN DOES 1-10; THE BOARD OF :
DIRECTORS OF TEREX CORPORATION :
and RONALD DEFEO, : February 16, 2010
 :
                Defendants. :
_____ X

## AFFIDAVIT OF EDWIN J. MILLS

I, Edwin J. Mills, under penalty of perjury, state as follows:

1.     I am of counsel to the law firm Stull, Stull, & Brody, with an office located at 6 East 45th Street, New York, New York 10017; telephone (212) 687-7230; e-mail emills@ssbny.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I submit this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2.     I am admitted to the bar of the State of New York and the bar of the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Illinois, and the bars of the United States Court of Appeals for the Second, Third, Sixth, Seventh, and Ninth Circuits.

1

3.  I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Edwin J. Mills

Subscribed and sworn to before me
this 6th day of February, ~~2009~~ 2010

_____ Notary Public (My Commission Expires _____ )

JAMES HENRY GLAVIN IV
Notary Public, State of New York
No. 02GL6109847
Qualified in Saratoga County
Commission Expires ~~May 24, 2008~~
July 10, 2012

2