UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
KENNETH M. LIPMAN, on Behalf of : 
Himself and a Class of Persons Similarly : CASE NO.: 10-CV-00006 (RNC)
Situated, :
 :
        Plaintiff, :
 : CLASS ACTION
vs. :
 :
TEREX CORPORATION, :
ADMINISTRATIVE COMMITTEE OF THE :
TEREX CORPORATION AND :
AFFILIATES' 401(K) RETIREMENT :
SAVINGS PLAN, PHILLIP WIDMAN and :
RONALD DEFEO, :
 :
        Defendants. : MARCH 18, 2010
------------------------------------------------------------ x

## MOTION TO ADMIT VISTING ATTORNEY

Pursuant to Rule 2(d) of the Local Rules of Civil Procedure, Brian E. Moran, a member of the bar of this Court, respectfully moves this Court for an order admitting Carol Connor Cohen, a visiting lawyer, to the United States District Court for the District of Connecticut for purposes of the above-captioned civil action. Ms. Cohen is a partner in the law firm of Arent Fox, LLP. Carol Connor Cohen is a member in good standing of the bars of the Ohio (since 1977) and the District of Columbia (since 1981). Carol Connor Cohen is also admitted to practice before the following courts: United States Supreme Court (1987), United States Court of Appeals for the District of Columbia Circuit (1988), United States Court of Appeals for the First Circuit (2007), United States Court of Appeals for the Second Circuit (1988), United States Court of Appeals for the Third Circuit (2001), United States Court of Appeals for the Fourth

Circuit (1989), United States Court of Appeals for the Fifth Circuit (1988), United States Court of Appeals for the Sixth Circuit (2006), the United States Court of Appeals for the Seventh Circuit (1988), and the United States District Courts for the Southern District of Ohio (1977), the District of Columbia (1981), and the District of Maryland (1983).

Upon information and belief, Carol Connor Cohen has never been denied admission or disciplined by this or any other Court.

WHEREFORE, the undersigned respectfully moves that Carol Connor Cohen be admitted as a visiting lawyer in this action to represent all of the defendants.

Pursuant to Local Rule 2(d), a $25.00 filing fee accompanies this motion.

Respectfully submitted,

By: _____
Brian E. Moran, Esq. (ct05058)
Alexander D. Pencu (ct26759)
ROBINSON & COLE LLP
1055 Washington Boulevard
Stamford, CT 06901-2249
Tel: 203.462.7500
Fax: 203.462.7599
Email: bmoran@rc.com
apencu@rc.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2010, a copy of the foregoing was served via U.S. mail delivery, postage prepaid to the following:

Patrick K. Slyne
Edwin J. Mills
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017
Tel:  (212) 687-7230
Fax:  (212) 490-2022
Email:  ssbny@aol.com

*Attorneys for Plaintiff*

_____
Brian E. Moran

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| KENNETH M. LIPMAN, on Behalf of Himself and a Class of Persons Similarly Situated, | CASE NO.: 10-CV-00006 (RNC) |
| Plaintiff, | |
| vs. | CLASS ACTION |
| TEREX CORPORATION, ADMINISTRATIVE COMMITTEE OF THE TEREX CORPORATION AND AFFILIATES' 401(K) RETIREMENT SAVINGS PLAN, PHILLIP WIDMAN and RONALD DEFEO, | |
| Defendants. | |

DISTRICT OF COLUMBIA :
: SS.
CITY OF WASHINGTON :

Carol Connor Cohen, being duly sworn, deposes and says:

I am a Partner in the Washington, D.C. office of the law firm of Arent Fox, LLP, located at 1050 Connecticut Avenue NW, Washington, D.C. 20036-5339. My direct telephone number is: (202) 857-6054. My email address is cohen.carol@arentfox.com.

1. I have been and remain a member in good standing of the bars of Ohio (since 1977), and the District of Columbia (since 1981).

2. Since the dates reflected below, I have been and remain admitted to practice in the following federal courts: United States Supreme Court (1987), United States Court of Appeals for the District of Columbia Circuit (1988), United States Court of Appeals for the First Circuit (2007), United States Court of Appeals for the Second Circuit (1988), United States Court of

10241174-v1

Appeals for the Third Circuit (2001), United States Court of Appeals for the Fourth Circuit (1989), United States Court of Appeals for the Fifth Circuit (1988), United States Court of Appeals for the Sixth Circuit (2006), the United States Court of Appeals for the Seventh Circuit (1988), and the United States District Courts for the Southern District of Ohio (1977), the District of Columbia (1981), and the District of Maryland (1983). I remain in good standing and eligible to practice in each of the courts identified above.

4. I am not currently suspended or disbarred in any jurisdiction and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of this Court and have a copy of said rules in my possession.

FURTHER AFFIANT SAYETH NOT.

Dated: March 15, 2010

Carol Connor Cohen

Subscribed and sworn to before me
this 15th day of March, 2010

Notary Public
My commission expires: May 31, 2013

Dianne M. Roberts
Notary Public, District of Columbia
My Commission Expires 5/31/2013

2