## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------

KENNETH M. LIPMAN, individually and :     CASE NO.: 3:10-cv-6 (RNC)
on behalf of all others similarly situated, :
Plaintiffs, :
v. :
TEREX CORPORATION, RONALD M. :
DEFEO, G. CHRIS ANDERSEN, PAULA :
H.J. CHOLMONDELEY, DONALD :
DEFOSSET, WILLIAM H. FIKE, :
THOMAS J. HANSEN, DONALD P. :
JACOBS, DAVID A SACHS, OREN G. :
SHAFFER, DAVID C. WANG, HELGE H. :
WEHMEIER, PHILIP C. WIDMAN, :
ADMINISTRATIVE COMMITTEE OF :
THE TEREX CORPORATION AND :     September 9, 2010
AFFILIATES' 401(K) RETIREMENT :
SAVINGS PLAN, and DOES 1-10, :
Defendants. :

------------------------------------------------------------:

### MOTION FOR ADMISSION OF VISITING ATTORNEY

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully

moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney

Thomas J. McKenna to represent the Plaintiffs and other class members in the above-

captioned class action and any action.  In support of this motion, the Affidavit of

Attorney Thomas J. McKenna is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion.  Service of all papers shall be made

upon Nancy A. Kulesa at Izard Nobel LLP, 29 South Main Street, Suite 215, West

Hartford, Connecticut  06107.

Respectfully submitted,

PLAINTIFFS,

By: _Nancy A. Kulesa_____

Nancy A. Kulesa (ct25384)
nkulesa@izardnobel.com

29 South Main Street, Suite 215
West Hartford, Connecticut 06107
Tel: (860) 493-6292

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2010, a copy of the foregoing was served on all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ NANCY A. KULESA
NANCY A. KULESA

# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------

| | |
|---|---|
| KENNETH M. LIPMAN, individually and on behalf of all others similarly situated, : : | CASE NO.: 3:10-cv-6 (RNC) |

Plaintiffs, :

v. :

TEREX CORPORATION, RONALD M. :
DEFEO, G. CHRIS ANDERSEN, PAULA :
H.J. CHOLMONDELEY, DONALD :
DEFOSSET, WILLIAM H. FIKE, :
THOMAS J. HANSEN, DONALD P. :
JACOBS, DAVID A SACHS, OREN G. :
SHAFFER, DAVID C. WANG, HELGE H. :
WEHMEIER, PHILIP C. WIDMAN, :
ADMINISTRATIVE COMMITTEE OF :
THE TEREX CORPORATION AND :
AFFILIATES' 401(K) RETIREMENT :
SAVINGS PLAN, and DOES 1-10, :

Defendants. :

---------------------------------------------------------:

## AFFIDAVIT OF THOMAS J. McKENNA

I, Thomas J. McKenna, under penalty of perjury, state as follows:

1.    I am a partner with the law firm of Gainey & McKenna, with an office located at 295 Madison Avenue, 4th Floor, New York, New York 10117; telephone (212) 983-1300; fax (212) 983-0383; e-mails: tjmlaw2001@yahoo.com; tjmckenna@gaineyandmckenna.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I submit this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2.    I am admitted to the bar of the State of New York.

3.    I am in good standing with the bars to which I am admitted, and I have not

been denied admission or disciplined by this Court or any other court.

4.    I have fully reviewed and am familiar with the Rules of The United States

District Court for the District of Connecticut.

_____
Thomas J. McKenna

Subscribed and sworn to before me
this _3rd_ day of September, 2010.

_____
Notary Public (My Commission Expires _11/6/10_ )

MICHAEL L. EDELMAN
Notary Public, State of New York
No. 02ED6155189
Qualified in New York County
Commission Expires November 6, 2010