UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: TEREX CORP ERISA LITIGATION<br><br>―――――――――――――――――――<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO. 3:10-cv-00006-RNC |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT AND FOR RELATED RELIEF</u>**

Plaintiffs file this Unopposed[1] Motion for Preliminary Approval of Class Action Settlement and related relief and respectfully move the Court for an Order:

(1) granting preliminary approval of the proposed Stipulation of Settlement, dated July 23, 2015 (Exhibit 1 hereto) (the "Stipulation");[2]

(2) preliminarily certifying the Settlement Class defined in the Stipulation and below;

(3) approving the Parties' proposed Notice Plan, and

(4) scheduling a Settlement Fairness Hearing no sooner than 100 days from the filing of this motion, or not before November 2, 2015.

A form of [Proposed] Preliminary Approval Order is Exhibit A to the Stipulation, which Stipulation is Exhibit 1 hereto.

The grounds for this Motion are as follows:

The Settlement provides for the creation of a Settlement Fund in the amount of $2,500,000. If the Settlement is approved by the Court, the Settlement Fund, after such

---

[1] The Parties conferred by telephone on May 22, 2015, and Defendants' Counsel agreed that Defendants would not oppose Plaintiffs' Motion.

[2] Capitalized terms used herein are defined in the contemporaneously filed Class Action Settlement Agreement (Exhibit 1 hereto).

appropriate deductions as the Court may approve, will be distributed among proposed Settlement Class members.  The Settlement Class is defined as:

> All current and former participants in the Terex Corporation And Affiliates' 401(K) Retirement Savings Plan (the "Plan") for whose individual accounts the plan held shares of Terex stock or units of the Company Stock Fund at any time from December 31, 2007 to February 27, 2009 (the "Settlement Class Period").

If approved, the distribution of the Settlement Fund will be in accordance with a Plan of Allocation that is designed to reimburse Settlement Class members for their proportional share of losses incurred as a result of holding Terex stock in their Plan accounts during the Settlement Class Period.

For the reasons detailed in the accompanying Plaintiffs' Memorandum of Law in Support of this Motion, the proposed Settlement is within the range of reasonableness of what the Court may finally approve as fair, reasonable and adequate under Fed. R. Civ. P. 23(e).

The proposed Settlement Class also satisfies the requirements of Federal Rule of Civil Procedure 23(a) and (b)(1), thereby warranting preliminary certification of the Settlement Class for purposes of settlement.  The proposed Notice Plan, which consists of (1) an individual notice to be mailed to Settlement Class members at their last known addresses, (2) the creation of a dedicated website to share information with Settlement Class members, and (3) publication through a national wire service, satisfies the requirements of Rule 23 and due process and is consistent with that approved by courts and implemented in similar settled ERISA actions.

While not integral to this Motion, for the convenience of the Court, the Plaintiffs respectfully suggest that the schedule set forth in Section II.D of the contemporaneously filed Memorandum might be helpful in selecting a date for the Settlement Fairness Hearing.

This Motion is based on (1) the Stipulation (Exhibit 1 hereto), (2) Plaintiffs' concurrently filed Memorandum in support of this Motion, (3) the concurrently filed Declaration of Michael J. Klein, and (4) all papers on file in this action.

Dated: July 23, 2015

**STULL, STULL & BRODY**
 s/ Michael J. Klein
Edwin J. Mills (admitted *pro hac vice*)
Michael J. Klein (ct28260)
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Interim Lead Class Counsel*

Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
**IZARD NOBEL LLP**
29 So. Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Interim Liaison Counsel*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Edward W. Ciolko
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380

**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser-Grenon (ct23587)
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Martin E. Restituyo
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr.
Albert Y. Chang (*pro hac vice*)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on July 23, 2015, a copy of the foregoing Plaintiffs' Motion for Preliminary Approval of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    s/ Michael J. Klein
Michael J. Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022