UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: TEREX CORP. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 3:10-cv-00006-RNC<br><br>Class Action |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS
AND APPROVAL OF PLAN OF ALLOCATION**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs[1] respectfully file this unopposed[2] motion for an Order entering the Order and Final Judgment negotiated by the Parties to settle Plaintiffs' and the Settlement Class's claims against Defendants. A form of [Proposed] Order and Final Judgment was filed as Exhibit B to the Stipulation, Doc. 89-1. Plaintiffs have, to the extent possible, filled in the blanks (without making any other substantive changes) and attach that version of the [Proposed] Order and Final Judgment hereto.[3]

Among other things, the Order and Final Judgment will:

A.   Certify as the Settlement Class "[a]ll current and former Participants in the Plan for whose individual accounts the Plan held shares of Terex stock or units of the

---

[1]   Capitalized terms used herein are defined in the Stipulation of Settlement. The Stipulation of Settlement was docketed as Doc. 89-1, Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed Settlement and Related Relief.

[2]   The Parties conferred on September 14, 2015, and Defendants' Counsel agreed that Defendants would not oppose Plaintiffs' Motion.

[3]   Blanks remain in ¶¶ 13 (amount of Case Contribution Awards), 14 (amount of attorneys' fees), 15 (amount of expenses reimbursed), and 16(d) (number of objections filed).

        Company Stock Fund at any time from December 31, 2007 to February 27, 2009";

B.    Appoint Plaintiffs Kenneth M. Lipman, Eddie Webb, Binyam Ghebreghiorgis, Scott Hollander and Mark Caswell as Class Representatives for the Settlement Class;

C.    Appoint Stull, Stull & Brody as Class Counsel pursuant to Fed. R. Civ. P. 23(g);[4]

D.    Find that the Notice Plan has been effectuated and that it fully satisfied the requirements of FED. R. CIV. P. 23 and the requirements of due process;

E.    Approve the proposed Settlement as fair, reasonable and adequate to the Settlement Class; and

F.    Approve the Plan of Allocation as fair, reasonable and adequate to the Settlement Class.

The grounds for the Motion are set forth in the Declaration of Michael J. Klein In Support of Plaintiffs' (1) Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class and Approval of the Plan of Allocation, and (2) Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to Plaintiffs, and all of the exhibits attached thereto, and the supporting Memorandum of Law filed concurrently with this Motion.

---

[4]    By Order entered August 20, 2010 (Doc. 24) the Court previously appointed Stull, Stull & Brody Interim Lead Class Counsel.

Dated: September 22, 2015

**STULL, STULL & BRODY**
 s/ Michael J. Klein
Edwin J. Mills (admitted *pro hac vice*)
Michael J. Klein (ct28260)
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Interim Lead Class Counsel*

Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
**IZARD NOBEL LLP**
29 So. Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Interim Liaison Counsel*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Edward W. Ciolko
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380

**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser-Grenon (ct23587)
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Martin E. Restituyo
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr.
Albert Y. Chang (*pro hac vice*)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on September 22, 2015, a copy of the foregoing Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.  I further certify that the foregoing will be provided to the Settlement Administrator today for posting on the dedicated settlement website, www.terexerisasettlement.com.

  s/ Michael J. Klein
Michael J. Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile:  (212) 490-2022

5