# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: TEREX CORP. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO. 3:10-cv-00006-RNC<br><br>Class Action |

**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' (1) UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL OF THE PLAN OF ALLOCATION, AND (2) MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND <u>CASE CONTRIBUTION AWARDS TO PLAINTIFFS</u>**

ORAL ARGUMENT REQUESTED (A hearing has been scheduled for Nov. 4, 2015 at 2:00 pm) (See the August 14, 2015 Order Granting Preliminary Approval of Class Action Settlement (Doc. 93)).
NO TESTIMONY REQUESTED

Plaintiffs submit this reply memorandum in support of their (1) Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of Plan of Allocation (Doc 94) (the "Settlement Motion") and (2) Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Cass Contribution Awards to Plaintiffs (Doc 95) (the "Fee Motion" and together with the Settlement Motion the "Motions").[1] The memoranda in support of the Settlement Motion (Doc 94-1) (the "Settlement Memo") and the Fee Motion (Doc 95-1) (the "Fee Memo" and together with the Settlement Memo the "Memoranda") did not fully address certain factors relevant to the Fairness Hearing, which factors are addressed herein.

## No Objections to the Motions Were Lodged

The Notice Plan had been implemented when the Motions were filed, but, pursuant to the Preliminary Approval Order, the Motions were filed in advance of the deadline for Settlement Class members to object to the Motions. Preliminary Approval Order ¶ 7. This was done by design so that class members could, if they so chose, review the Motions and make an educated decision about whether to object to the Motions. *See In re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988, 993 (9th Cir. 2010) ("The plain text of the rule requires a district court to set the deadline for objections to counsel's fee request on a date after the motion and documents supporting it have been filed."). No objections to the Motions have been received to date, which demonstrates that the second *Grinnell* factor, the "reaction of the class to the settlement" is satisfied (Settlement Memo at 12).

---

[1] Capitalized terms used herein are defined in the Stipulation of Settlement (docketed as Doc. 89-1, Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed Settlement and Related Relief) or in the papers supporting the Motions.

1

### Rule 23 and Due Process Have Been Satisfied

Further supporting that the Notice satisfies Rule 23 and due process (Settlement Memo at 5-7), an updated Affidavit of Christina Peters-Stasiewicz of AB Data, an earlier version of which was previously docketed as Exhibit B to the Klein Declaration (Doc 94-2) is filed as Exhibit A hereto (the "Revised A.B. Data Decl."). The Revised A.B. Data Decl. demonstrates, among other things, that Settlement Class members did review the Motions. The Revised A.B. Data Decl. also demonstrates compliance with the Preliminary Approval Order and a high rate of actual notice to the Settlement Class.

### The Independent Fiduciary Does Not Object to Any of the Relief Sought in the Motions

Finally, Plaintiffs had previously advised the Court that "[p]ursuant to the Settlement Agreement, the Independent Fiduciary is in the process of reviewing the Settlement. Plaintiffs hope to file notice of the Independent Fiduciary's determination before the Fairness Hearing or to advise the Court of the same at the Fairness Hearing." Settlement Memo at 2 n.4. Plaintiffs also advised that the Independent Fiduciary was reviewing the Plan of Allocation (*id.* at 25) and that "Plaintiffs hope to file notice of the Independent Fiduciary's determination before or at the Fairness Hearing." *Id.* at 26. The Independent Fiduciary has reviewed both Motions, has had discussions with all counsel, and does not object to any of the relief sought in the Motions. The Independent Fiduciary's report is filed as Exhibit B hereto.

### Conclusion

For the foregoing reasons and the reasons included in the Motions and the Memoranda, Plaintiffs respectfully request that the Court grant both Motions and enter the [Proposed] Order and Final Judgment docketed as the proposed order for the Settlement Motion (Doc. 94-3).

Dated: October 22, 2015

                                          **STULL, STULL & BRODY**
                                            s/ Michael J. Klein
                                          Edwin J. Mills (admitted *pro hac vice*)
                                          Michael J. Klein (ct28260)
                                          6 East 45th Street
                                          New York, NY 10017
                                          Telephone: (212) 687-7230
                                          Facsimile: (212) 490-2022

                                          *Interim Lead Class Counsel*

                                          Robert A. Izard (ct01601)
                                          Mark P. Kindall (ct13797)
                                          **IZARD NOBEL LLP**
                                          29 So. Main Street, Suite 305
                                          West Hartford, CT 06107
                                          Telephone: (860) 493-6292
                                          Facsimile: (860) 493-6290

                                          *Interim Liaison Counsel*

                                          **KESSLER TOPAZ**
                                          **MELTZER & CHECK, LLP**
                                          Edward W. Ciolko
                                          Mark K. Gyandoh
                                          Julie Siebert-Johnson
                                          280 King of Prussia Road
                                          Radnor, PA 19087
                                          Telephone: (610) 667-7706
                                          Facsimile: (610) 667-7056

                                          **GAINEY McKENNA & EGLESTON**
                                          Thomas J. McKenna
                                          Gregory M. Egleston
                                          440 Park Avenue South
                                          5th Floor
                                          New York, NY 10016
                                          Telephone: (212) 983-1300
                                          Facsimile: (212) 983-0380

**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser-Grenon (ct23587)
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Martin E. Restituyo
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr.
Albert Y. Chang (*pro hac vice*)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiffs*

## Certificate of Service

    I hereby certify that on October 22, 2015, a copy of the foregoing Reply Memorandum in Support of Plaintiffs' (1) Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class and Approval of the Plan of Allocation, and (2) Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to Plaintiffs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. I further certify that the foregoing will be provided to the Settlement Administrator today for posting on the dedicated settlement website, www.terexerisasettlement.com.

                                                                          s/ Michael J. Klein
                                                          Michael J. Klein
                                                          **STULL, STULL & BRODY**
                                                          6 East 45th Street
                                                          New York, NY 10017
                                                          Telephone: (212) 687-7230
                                                          Facsimile:  (212) 490-2022

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: TEREX CORP. ERISA LITIGATION | ) ) ) ) MASTER FILE NO. 3:10-cv-00006-RNC ) |
| THIS DOCUMENT RELATES TO: | ) Class Action ) |
| ALL ACTIONS | ) ) |

STATE OF WISCONSIN )
                          ) ss.
MILWAUKEE COUNTY )

### SUPPLEMENTAL AFFIDAVIT OF CHRISTINA PETERS-STASIEWICZ

I, Christina Peters-Stasiewicz, being duly sworn, certify as follows:

1. I am a Senior Project Manager with A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data") with principal offices in Milwaukee, WI.

2. I submit this supplemental affidavit (the "Supplemental Affidavit") in connection with the class action notice administration proceedings related to the above captioned action (the "Action") to update the mailing statistics first reported in my affidavit of September 22, 2015 (the "Mailing Affidavit").

3. This Supplemental Affidavit is based upon my personal knowledge and upon information provided by my associates and staff.

4. As of the date of this Supplemental Affidavit, of the total 8,318 Notices mailed on September 2, 2015, there have been a total of 580 Notices returned by the United States Postal Service (USPS) as undeliverable as addressed (UAA), with the following re-mail efforts undertaken:

    a. 493 participants had their addresses updated based upon forwarding addresses

from the USPS or research completed using the databases of Experian and LexisNexis, and Notices were re-mailed to them;

    b. 87 Notices returned by the USPS did not have forwarding addresses provided or located through advanced research, and those Notices have not been re-mailed.

5. As of the date of this Supplemental Affidavit, of the 493 Notices re-mailed, there were 71 returned UAA for a second time. Of those, eight were subsequently re-mailed.

6. Of the total 8,318 participants, for the 150 for which address updates were not able to be located or were not successful, if instructed by the parties or otherwise requested, A.B. Data could conduct further research to locate telephone numbers and contact participants for further address updates.

7. On September 22, 2015, A.B. Data posted the following documents to the settlement website www.TerexERISAsettlement.com: (i) Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of Plan of Allocation and the filings in support thereof; and (ii) Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to Plaintiffs and the filings in support thereof.

8. As of the date of this Supplemental Affidavit, the settlement website has received a total of 810 visits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of October 2015, at Milwaukee, Wisconsin.

Christina Peters-Stasiewicz

SUBSCRIBED and SWORN before me on the 22 day of October 2015.

Alan R. Wichtoski, Notary Public
My commission expires 10/02/17.

# Exhibit B

**Arthur J. Gallagher & Co.**

October 20, 2015

*VIA ELECTRONIC MAIL*

Eric I Cohen, Esq.
Terex Corporation
200 Nyala Farms Road
Westport, CT 06880

Re:   **Terex Corp. ERISA Litigation**

Dear Mr. Cohen:

Pursuant to the agreement (the "Agreement") among Terex Corporation, the Administrative Committee of the Terex Corporation and Affiliates 401(k) Retirement Savings Plan (the "Plan") and Gallagher Fiduciary Advisors, LLC ("Gallagher"), Gallagher has been engaged to act as the Plan's independent fiduciary in connection with *In Re: Terex Corp. ERISA Litigation,* Master File No. 3:10-cv-00006-RNC (the "Litigation") to determine whether to grant the approvals, authorizations or finding contemplated by Sections 1.24, 2.5, 3, 6.1.2 and 6.1.3 of the Stipulation of Settlement ("Settlement") resolving the Litigation.

This will confirm that, on behalf of the Plan, and in its capacity as independent fiduciary, Gallagher approves and authorizes the settlement and grants a release on behalf of the Plan. In making our determination, Gallagher, as the independent fiduciary, has determined that the Settlement meets the requirements of ERISA Prohibited Transaction Exemption 2003-39, as amended.

Except as otherwise defined herein, all capitalized terms herein have the meaning set forth in the Agreement and the Settlement Agreement.

GALLAGHER FIDUCIARY ADVISORS, LLC

By: _____
Andrew Irving
Area Senior Vice President and Area Counsel

AI/tld

cc:   Caroline Turner English, Esq.

Gallagher Fiduciary Advisors, LLC
24 Commerce Street | Suite 1827
Newark, NJ 07102

p  973.424.6400
f  973.424.6419
ajg.com