Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK: Glynn, T.          RPTR/ECRO/TAPE: Warner, D

TOTAL TIME:  ___ hours  13 minutes

DATE: 11/4/15     START TIME: 2:06     END TIME: 2:19

LUNCH RECESS   FROM: ___ TO: ___

RECESS (if more than ½ hr)  FROM: ___ TO: ___

CIVIL NO. 3:10cv6 RNC

Kenneth M. Lipman, et al                                   Klein/Kindall
                                                           Plaintiff's Counsel
          vs
Terex, et al                                               Anderson
                                                           Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing
    Settlement Fairness Hearing

☑ .....#94   Motion for settlement              ☑ granted  ☐ denied  ☐ advisement
☑ .....#95   Motion attorney fees               ☑ granted  ☐ denied  ☐ advisement
☐ .....#___  Motion _____                     ☐ granted  ☐ denied  ☐ advisement
☐ .....#___  Motion _____                     ☐ granted  ☐ denied  ☐ advisement
☐ .....#___  Motion _____                     ☐ granted  ☐ denied  ☐ advisement
☐ .....#___  Motion _____                     ☐ granted  ☐ denied  ☐ advisement
☐ .....#___  Motion _____                     ☐ granted  ☐ denied  ☐ advisement
☐ .....       Oral Motion _____               ☐ granted  ☐ denied  ☐ advisement
☐ .....       Oral Motion _____               ☐ granted  ☐ denied  ☐ advisement
☐ .....       Oral Motion _____               ☐ granted  ☐ denied  ☐ advisement
☐ .....       Oral Motion _____               ☐ granted  ☐ denied  ☐ advisement
☐ .....       ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☑ ..........  Court approves the settlement and signs the order and final judgment.  ☐ filed  ☐ docketed
☐ ..........  _____                                                                ☐ filed  ☐ docketed
☐ ..........  _____                                                                ☐ filed  ☐ docketed
☐ ..........  _____                                                                ☐ filed  ☐ docketed
☐ ..........  _____                                                                ☐ filed  ☐ docketed
☐ ..........  _____                                                                ☐ filed  ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____